PEOPLE ex rel. JAMES, Respondent, v. MT. ZION LODGE NO. 1,670, GRAND UNITED ORDER OF ODD FELLOWS OF CITY OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. October

25, 1898.) Action by the people of the state of New York, on the relation of John A. James, against Mount Zion Lodge No. 1,670, Grand United Order of Odd Fellows of the City of Brooklyn. No opinion. Order modified by reducing the award of costs to $10, and as modified affirmed, with $10 costs and disbursements to respondent.